Moody v. Peake.

---

Seymor B. Moody, Plaintiff, v. John L. Peake, Defendant.

### AGREED CASE FROM SANGAMON.

The Supreme Court cannot review a judgment not yet rendered.

This was an agreed case, intended to raise the question of the

right of unnaturalized persons to vote at a charter election in the city of Springfield.

W. H. HERNDON, city attorney, for Moody.

STUART & EDWARDS and J. C. CONKLING, for Peake.

PER CURIAM. The record shows that the parties filed an agreed case in the Circuit Court, containing a stipulation that the case might be decided, *pro formâ,* for the plaintiff. But it fails to show that the court took any action in the case. There is, therefore, no judgment to be reviewed in this court. The case is still pending in the Circuit Court. The writ of error will be dismissed.